

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00395-CV

THE AGENCY GROUP, LTD.                                          APPELLANT

V.

TODD A. MEAGHER & MARILYN D.                                    APPELLEES
GARNER, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF TODD
ENTERTAINMENT, LLC

----------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  December 21, 2012